UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X   08-CV-02963
MONICA LYONS and NEILL D. GEISER,

                Plaintiff(s),

                                        NOTICE OF APPEARANCE

    -against-

SYNAPSE GROUP, INC., SYNAPSECONNECT,
INC. and TIME, INC.,

                Defendant(s).
------------------------------------X

     **PLEASE TAKE NOTICE** that Plaintiffs, MONICA LYONS and NEILL D. GEISER, hereby appear, and that the undersigned has been retained as attorney counsel for those Plaintiffs in this action.

     **PLEASE TAKE NOTICE**, that the Plaintiffs, MONICA LYONS and NEILL D. GEISER, by their attorney, STEVEN ZALEWSKI & ASSOCIATES, P.C., demand that you serve all papers in this proceeding upon the undersigned at the office address stated herein.

Dated:    Kew Gardens, New York
           March 26, 2008

                                        Yours, etc.
                                        STEVEN ZALEWSKI & ASSOCIATES, P.C.

                                        By: Dustin Bowman, Esq.
                                        125-10 Queens Boulevard, Suite 218
                                        Kew Gardens, New York 11415
                                        (718) 263-6800