# Time Inc.



Time & Life Building
1271 Avenue of the Americas
New York, NY 10020

212-522-8307
212-467-0860 Fax
andrew_lachow@timeinc.com

**Andrew B. Lachow**
Vice President and
Deputy General Counsel

March 26, 2008

**VIA FAX (212) 805-7901**

Honorable Harold Baer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC                     │
│ DATE FILED: 3/27/08     │
└─────────────────────────┘
```

RE:   Lyons v. Synapse Group et al. 08 CV. 02963 (NRB)

Dear Judge Baer:

    I am in-house counsel for defendant Time Inc. As a follow-up to telephone conversations with Your Honor's Chambers and the Chambers of Judge Buchwald, I write to you in your capacity as Part I Judge on behalf of defendants Time Inc., Synapse Group, Inc. and SynapseConnect, Inc. to request an extension until April 25, 2008 of the defendants' time to respond to the Complaint.

    A request for an extension was sent earlier today to Judge Buchwald, to whom this new matter was just assigned, but we were just informed by Judge Buchwald's Chambers that Judge Buchwald must recuse herself from this matter and that another judge has not yet been assigned. A copy of the letter to Judge Buchwald is attached. As that letter reflects, this is the first extension requested and plaintiffs' counsel consents to the request.

    Thank you in advance for your consideration to this request.

Respectfully submitted,

Andrew B. Lachow, Esq.

*[Signed: Harold Baer, Jr., U.S.D.J. 3/27/08]*

A TimeWarner Company