UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MONICA LYONS and NEIL D. GEISER,               :

           Plaintiff,                                                :
                                           Index No.: 08 Civ. 2963
        - against-                                               :
                                           RULE 7.1 DISCLOSURE STATEMENT
                                           :
SYNAPSE GROUP, INC., SYNAPSECONNECT, INC.
and TIME INC.                                                         :

          Defendants.                                           :
                                             x
-------------------------------------------------------------------

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible reasons for disqualification or recusal, counsel for defendant Time Inc. certifies the following: that Time Inc. is an indirect wholly owned subsidiary of Time Warner Inc., which is a publicly traded Delaware corporation. Time Warner Inc holds interest in the following publicly held companies:

<u>5-10% Share</u>
The Knot, Inc.

<u>75%-100% Share</u>
Time Warner Cable Inc.

Dated: New York, New York             TIME INC.
          March 28, 2008
                                      By: _____
                                          Andrew Lachow (AL-2932)
                                          Vice President & Deputy General
                                             Counsel-Litigation
                                          1271 Avenue of the Americas
                                          New York, New York 10020
                                          (212) 522-8307 (tel)
                                          (212) 467-0860 (fax)