UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
MONICA LYONS and NEIL D. GEISER,

           Plaintiffs,

    - against-

SYNAPSE GROUP, INC.,
SYNAPSECONNECT, INC.
and TIME INC.

           Defendants.

------------------------------------------------------------------------- x

Civil Action No.: 08 CV 02963 (LAP)

<u>RULE 7.1
DISCLOSURE STATEMENT</u>

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible reasons for disqualification or recusal, counsel for defendants Synapse Group, Inc. and SynapseConnect, Inc. certifies the following: SynapseConnect, Inc. is a wholly owned subsidiary of Synapse Group, Inc.; Synapse Group, Inc. is an wholly owned subsidiary of Time Inc.; Time Inc. is an indirect wholly owned subsidiary of Time Warner Inc., a publicly traded Delaware corporation. Time Warner Inc. holds interest in the following publicly held companies: a 5-10% share in The Knot, Inc. and a 75-100% share in Time Warner Cable Inc.

Dated: Stamford, Connecticut
       April 24, 2008

SYNAPSE GROUP, INC. and
SYNAPSECONNECT, INC.

By: _____
Gary A. Greene (GG-7302)
Vice President and
Chief Corporate Counsel
225 High Ridge Road
Stamford, CT 06905
(203) 391-0594 (tel)
(212) 467-2395 (fax)