UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

MONICA LYONS and NEIL D. GEISER,       :

                Plaintiffs    :

    v.

                                  :

SYNAPSE GROUP, INC.
SYNAPSECONNECT, INC. and       :
TIME INC.,

                                  :

                Defendants.

                                  :

------------------------------------------------------x

Case No.: 08 Civ. 2963 (LAP)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the Affidavit of Andrew B. Lachow, dated April 24, 2008, and Defendant Time Inc.'s Memorandum of Law in Support of Its Motion to Dismiss the Complaint, defendant Time Inc. ("Time") will move this Court before the Honorable Loretta A. Preska at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order dismissing the complaint in its entirety as against Time pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted.

Dated: New York, New York
April 24, 2008

Respectfully submitted,

_____
Andrew B. Lachow (AL-2932)
Associate General Counsel
Time Inc.
1271 Avenue of the Americas
New York, New York 10020
(212) 522-8307

To:   Steven Zalewski & Associates, P.C.
Dustin Bowman, Esq.
125-10 Queens Boulevard, Suite 218
Kew Gardens, New York 11415
Tel. (718) 263-6800
Attorneys for Plaintiffs Monica Lyons and Neil D. Geiser

Gary Greene
Vice President & Chief Corporate Counsel
Synapse Group, Inc.
225 High Ridge Road
Stamford, Connecticut 06905
(203) 391-0594
Attorneys for Synapse Group, Inc. and
SynapseConnect, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, he caused a true and correct copy of Defendant Time Inc.'s Notice of Motion to Dismiss and Supporting Affidavit of Andrew B. Lachow and Memorandum of Law to be served by mail on the parties listed below:

> Steven Zalewski & Associates, P.C.
> Dustin Bowman, Esq.
> 125-10 Queens Boulevard, Suite 218
> Kew Gardens, New York 11415
> Tel. (718) 263-6800
> Attorneys for Plaintiffs Monica Lyons and Neil D. Geiser

> Gary Greene
> Vice President & Chief Corporate Counsel
> Synapse Group, Inc.
> 225 High Ridge Road
> Stamford, Connecticut 06905
> (203) 391-0594
> Attorneys for Synapse Group, Inc. and
> SynapseConnect, Inc.

Dated: April 24, 2008

_____
Andrew B. Lachow