UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MONICA LYONS and NEIL D. GEISER,      :      08 CV 2963 (LAP)

               Plaintiffs,      :      **MEMORANDUM**

   v.      :

SYNAPSE GROUP, INC., SYNAPSECONNECT,  :
INC. and TIME INC.,      :

               Defendants.      :

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Time Warner Cable and/or its affiliates, and he does <u>not</u> work on those matters.

SO ORDERED:

Dated: New York, New York
       May 1, 2008

                                        /s/ Loretta A. Preska
                                       LORETTA A. PRESKA, U.S.D.J.

CGRTIME