USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MONICA LYONS and NEIL D. GEISER, :

                Plaintiffs   :

v.

                                 :

SYNAPSE GROUP, INC.
SYNAPSECONNECT, INC. and
TIME INC.,                      :

                Defendants.  :
------------------------------------------------------------x

Case No.: 08 Civ. 2963 (LAP)

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

       IT IS HEREBY STIPULATED AND AGREED by and between the attorney for the Plaintiffs Monica Lyons and Neil D. Geiser and the attorney for Defendant Time Inc. that the above captioned action be and hereby is dismissed as against Time Inc. without prejudice as between them without costs to either party.

Dated:  New York, New York
          May 27, 2008

TIME INC.

By: _____
Andrew B. Lachow, Esq.
Deputy General Counsel-Litigation
1271 Avenue of the Americas
New York, New York 10020
(212) 522-8307
Attorney for Defendant Time Inc.

STEVEN ZALEWSKI &
ASSOCIATES, P.C.

By: _____
Dustin Bowman, Esq.
125-10 Queens Boulevard, Suite 218
Kew Gardens, New York 11415
Tel. (718) 263-6800
Attorney for Plaintiffs
Monica Lyons and Neil D. Geiser

*So ordered*
*Loretta A Preska*
*USDJ*
*May 29, 2008*