```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MONICA LYONS,

                Plaintiff(s),   08 Civ. 2963   (LAP)

   -against-   SCHEDULING ORDER

SYNAPSE GROUP, INC.,

                Defendant(s).
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

       It is hereby

       ORDERED that trial is scheduled to commence in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on August 11, 2008 at 10:00 a.m. in the above-captioned action.  A final pretrial conference is scheduled for August 4, 2008 at 9:00 a.m.


SO ORDERED

June 11, 2008

                                              Loretta A. Preska, U.S.D.J.