

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

RECEIVED
JUN 30 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

**Gary A. Greene**
Vice President and
Chief Corporate Counsel

203/391-0594
Fax: 212/467-2395
e-mail: ggreene@synapsemail.com
Admitted to practice in NY and NJ

June 26, 2008

Honorable Loretta A. Preska
United States District Court Judge
Unites States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

      Re:    Monica Lyons and Neil D. Geiser v. Synapse Group, Inc. and
             SynapseConnect, Inc. - - 08 CV 02963

Dear Judge Preska:

    I am writing on behalf of all parties in the above-referenced matter. After considering the question as to whether there should be a jury trial in this matter, Mr. Bowman, counsel for the plaintiffs, and I have both concluded that a jury trial is not necessary.

    Accordingly, all parties are requesting a bench trial before Your Honor.

                                            Respectfully submitted,

                                            Gary A. Greene
                                            Attorney for Defendants Synapse Group, Inc.
                                            and Synapse Connect, Inc.

GAG:bd

cc:  Dustin Bowman, Esq.
      Steven Zalewski & Associates, P.C.
      Attorneys for Plaintiffs

---

*Handwritten order:*

Counsel shall submit a list of anticipated witnesses, the topic of their testimony and approximate total length of testimony (including cross), a list of materials to be offered in evidence and any objections thereto together with their proposed findings of fact and conclusions of law no later than August 4, 2008. Counsel shall appear for a final pretrial conference on August 7, 2008 at 9:00 a.m.

So ordered.
Loretta A. Preska
USDJ
July 1, 2008

make the