# STEVEN ZALEWSKI & ASSOCIATES P.C.

*Attorneys At Law*

125-10 Queens Boulevard, Suite 218  
Kew Gardens, New York 11415

Tel: (718) 263-6800  
Fax: (718) 520-9401

*Of Counsel to* STEPHEN BILKIS & ASSOCIATES

July 22, 2008

**VIA Facsimile Only**

The Honorable Loretta A. Preska  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 11201

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE: 8/1/08

      Re:    Lyons v. Synapse Group, 08-CV-02963 (LAP)

Hon. Preska:

      Pursuant to your honor's Court Rules 1.E, Plaintiff is requesting an adjournment of the scheduled court dates and an extension of time to conduct discovery. Such requests for adjournment and extension are made on consent. This is the second such request

      On July 1, 2008, this Court set this matter down for bench trial on August 11, 2008.

      All parties have been cooperating in completing disclosure as per Court Order. In fact, all discovery is complete except for the supplemental demands pursuant to depositions of Defendants and Plaintiff Neill Geisser AND the deposition of Plaintiff Monica Lyons and appurtenant supplemental demands, if any.

      Unfortunately, Ms. Lyons has been stricken ill. The illness has manifested itself with an unexplained loss of consciousness. Ms. Lyons has been advised by Dr. June Le Pham, MD, not to fly pending the outcome of various medical tests. Upon the conclusion of such tests, and assuming that Ms. Lyons has no further episodes, Dr. Pham believes that Mr. Lyons could be well enough to travel in three (3) weeks.

---

Manhattan Office  
305 Broadway, Suite 1101  
New York, New York 10007  
212-267-5800

Long Island Office  
805 Smith Street  
Baldwin, New York 11501  
516-435-4440

Please correspond to the Queens Office. Thank you

As such, the attorneys for the parties are requesting:
1) Court Ordered depositions of Ms. Lyons to be completed no later than September 8, 2008;
2) Continuance of the current discovery for the limited purpose if completing supplemental discovery to September 16, 2008;
3) Adjournment of the Court date to ~~October 8, 2008~~ or at any time thereafter convenient to the Court. *October 14, 2008 at 10:00 a.m.*

Very truly yours,
STEVEN ZALEWSKI & ASSOCIATES, P.C.

By: Dustin Bowman, Esq. (DB5509)

CC: Gary Greene
(f) 203-467-2395

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*August 1, 2008*

---

Manhattan Office
305 Broadway, Suite 1101
New York, New York 10007
212-267-5800

Long Island Office
805 Smith Street
Baldwin, New York 11501
516-435-4440

Please correspond to the Queens Office. Thank you