```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MONICA LYONS,                       :
                                    :   08 CV 2963 (LAP)
               Plaintiff(s),        :
                                    :   SCHEDULING ORDER
        -against-                   :
                                    :
SYNAPSE GROUP, INC.,                :
               Defendant(s).        :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that trial scheduled to commence in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on October 14, 2008 at 10:00 a.m. in the above-captioned action is adjourned to October 20, 2008 at 10:00 a.m.

SO ORDERED

September 5, 2008

Loretta A. Preska, U.S.D.J.